Barbara STAMBAUGH, personal representative of the Estate of Jody Stambaugh, Deceased, Appellant,

v.

UNIVERSITY OF ALASKA and State of Alaska, Appellees.

No. 3093.

Supreme Court of Alaska.

Nov. 25, 1977.

W. G. Ruddy, Robertson, Monagle, Eastaugh & Bradley, Juneau, for appellant.

Henry J. Camarot, Merdes, Schaible, Staley & DeLisio, Inc., Anchorage, for appellee Univ. of Alaska.

---

Robert L. Eastaugh and James J. Delaney, Delaney, Wiles, Moore, Hayes & Reitman, Inc., Anchorage, for appellee State of Alaska.

## OPINION

Before BOOCHEVER, C. J., and RABINOWITZ, CONNOR, BURKE and MATTHEWS, JJ.

PER CURIAM.

This appeal comes to us following denial of appellant's motion for judgment notwithstanding the verdict, in an action for wrongful death. The sole issue on appeal is whether the superior court erred in refusing such relief.

Under our established standard of review, as enunciated in *Holiday Inns of America, Inc. v. Peck*, 520 P.2d 87, 92 (Alaska 1974), we hold that there was no error. The judgment is affirmed.